**Dismissed and Memorandum Opinion filed September 17, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00468-CV

## IN THE INTEREST OF K.A.P., A CHILD

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-57994**

## MEMORANDUM OPINION

This is an attempted appeal from a May 23, 2018 order denying an untimely motion to vacate judgment. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The final judgment was rendered in this case on August 9, 2016. Appellant attempted to appeal that judgment in another appellate proceeding, which this court dismissed for want of jurisdiction because appellant's notice of appeal was not timely filed. *See Clemons-Ali v. Payne*, No. 14-17-00661-CV, 2017 WL 4697886 at *1 (Tex. App.—Houston [14th Dist.] Oct. 19, 2017, no pet.).

On August 20, 2019, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before August 30, 2019. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer